*O*

FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: M - 1380 M |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| TABITHA L. KEAVER ) | 18 U.S.C. 3143(a)] |
| ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Dist. of S. Carolina_ for alleged violation(s) of the terms and conditions of his/(her) (probation) [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _allegation of absconding, insufficient sureties, further crim. conduct since released alleged_

1 _____

2 _____

3 _____

4 and/or

5 B.   ( )   The defendant has not met his/her burden of establishing by

6 clear and convincing evidence that he/she is not likely to pose

7 a danger to the safety of any other person or the community if

8 released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9 on:_____

10 _____

11 _____

12 _____

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:   7|8|14

18

19

20 UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2